January 28, 2010

**BY PERSONAL SERVICE**

The Honorable Jeffrey S. White
United States District Court Judge
Northern District of California
Phillip Burton United States Courthouse, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

**Re:** **Wilson v. Donovan**
**No. CV09-03135 JSW**

Dear Judge White:

Plaintiff respectfully requests an additional 45 days, commencing upon receipt of this correspondence, to file first amended complaint. At case management conference Plaintiff was granted 30 days to allow for completion of EEO complaint with which he intends amend current matter before the Court. The Investigator informed Plaintiff that the EEO complaint has concluded but is currently being reviewed by HUD's EEO and General Counsel. In addition, this time period was also to allow Plaintiff time to obtain counsel. Both perspective counsels referenced at CMS cannot represent Plaintiff at this time. One counsel has a trial scheduled at the same time as Plaintiff's trial, January of 2011 (see attachment 1 - email from Leslie Levy), and the other (see attachment 2 - email from Robert Seldon) does not have capacity to take on new cases.

The Court has granted Plaintiff one prior extension of time to address these issues. We thank the Court for its consideration of this request.

Respectfully submitted,

Victor T. Wilson
Plaintiff, In Propria Persona

Cc: Jonathan Lee
Assistant United States Attorney
Attorney for the United States of America

IT IS SO ORDERED
Jeffrey S. White, United States District Judge
FEB 0 1 2010
Date

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VICTOR WILSON,

        Plaintiff,

v.

SHAUN DONOVAN et al,

        Defendant.

                             /

Case Number: CV09-03135 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor Wilson
901 Bayshore Boulevard Unit 405
San Francisco, CA 94124

Dated: February 1, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk