United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR WILSON,

    Plaintiff,

  v.

SHAUN DONOVAN,

    Defendant.
                                       /

No. C 09-03135 JSW

**ORDER OF REFERRAL**

Pursuant to Local Rule 72-1, Plaintiff's motion for a protective order and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: July 1, 2010

                                             JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VICTOR WILSON,

        Plaintiff,

  v.

SHAUN DONOVAN et al,

        Defendant.

Case Number: CV09-03135 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Victor Wilson
901 Bayshore Boulevard Unit 405
San Francisco, CA 94124

Dated: July 1, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk