1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (CSBN 148792)
   Assistant United States Attorney
4  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6962
7  Facsimile:  (415) 436-6748
   Email: melissa.k.brown@usdoj.gov
8
   Attorneys for Defendant
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR WILSON, ) | No. C 09-3135 JSW |
| Plaintiffs, ) | **DEFENDANT'S REQUEST TO CONTINUE HEARING DATE REGARDING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER DUE TO CONFLICT WITH DATE SET BY COURT AND [PROPOSED] ORDER** |
| v. ) | |
| SHAUN DONOVAN, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ) | Date: August 25, 2010<br>Time: 9:30 a.m.<br>Location: Courtroom F, 15th Floor<br>Honorable Magistrate Larson |
| Defendant. ) | |

The federal defendant, Shaun Donovan, Secretary of the Department of Housing and Urban Development ("Defendant") by and through his counsel makes the following request:

WHEREAS, the plaintiff, Victor Wilson ("Plaintiff") filed a motion for protective order on June 25, 2010, to prevent the discovery of psychiatric medical records maintained by Paul T. Guillory, Ph.D.;

WHEREAS, on July 1, 2010, an order of referral was filed by the Honorable Jeffrey S. White referring the motion for protective order to a magistrate;

WHEREAS, the motion was assigned to the Honorable Magistrate Judge James Larson and set for hearing on August 11, 2010;

WHEREAS, pursuant to that reassignment and Local Rule 7-3(a), the Defendant filed its opposition to the motion for protective order on July 21, 2010, which was twenty-one days prior to the hearing;

WHEREAS, Plaintiff is currently represented by counsel, Curtis Rodriguez, who has been acting as Plaintiff's representative since approximately May 2010, and who represented Plaintiff during both days of his deposition in this matter and stated that he was Plaintiff's attorney, but has not yet filed a notice of appearance;

WHEREAS, pursuant to Local Rule 7–3(c), the Plaintiff's Reply brief was due on July 28, 2010, and Plaintiff failed to file any such brief;

WHEREAS, on August 2, 2010, the Clerk issued a Notice continuing the hearing on the motion for protective order to August 25, 2010 at 9:30 a.m.;

WHEREAS, counsel for the Defendant is not available on August 25, 2010 at 9:30 a.m. because she will be traveling to Missoula, Montana for a deposition in another matter;

WHEREAS, the clerk informed counsel for the Defendant that the Court is available for hearing on September 8, 2010 at 9:30 a.m.;

WHEREAS, on August 2, 2010 at 2:44 p.m., counsel for the Defendant sent Plaintiff's counsel email correspondence to determine whether he objected to the proposed date of

1  September 8, 2010, and notifying him of the Defendant's intent to request that Plaintiff not be
2  allowed additional time to file a Reply due to the continuance, and requested a response from
3  Plaintiff's counsel no later than August 3, 2010 at 10:30 a.m. and no response was received by
4  the filing of this request;
5      ACCORDINGLY, the Defendant requests that the hearing on Plaintiff's motion for
6  protective order be continued to September 8, 2010. However, the Defendant respectfully
7  requests that Plaintiff not be provided additional time to file a Reply brief due to the fact that the
8  original deadline for filing such a brief passed prior to the continuance of the hearing date by the
9  Court. It is the Defendant's position that such request is consistent with Rule 7-7(d) of the Local
10 Rules of the United States District Court for the Northern District of California.

So Requested.

DATED: August 3, 2010                 Respectfully submitted,

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney

                                                    /s/ Melissa Brown
                                              _____
                                              MELISSA K. BROWN
                                             Assistant United States Attorney

---

DEFENDANT'S REQUEST TO CONTINUE HEARING RE PLAINTIFF'S MOTION FOR PROTECTIVE
ORDER DUE TO CONFLICT WITH NEW DATE SCHEDULED BY COURT AND [PROPOSED] ORDER
C 09-3135 JSW                          3

**[~~PROPOSED~~] ORDER**

Pursuant to Stipulation of the parties/Finding Good cause, the hearing on Plaintiff's motion for protective order scheduled for August 25, 2010 shall be continued to September 8, 2010 at 9:30 a.m.  Further, finding good cause, the deadline for Plaintiff to file a Reply brief will not be extended due to this continuance.  Pursuant to L.R. 7-3 (c), Plaintiff's Reply brief was due on July 28, 2010.  Plaintiff and his counsel failed to comply with that deadline.  No Reply brief will be allowed pursuant to L.R. 7-7(d).

IT IS SO ORDERED.

Dated: August 4, 2010

_____
HON. JAMES LARSON
United States Magistrate Judge